IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SINTEL KING, | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO.: 7:06-CV-57 (HL) |
| Assistant District Attorney KEVIN HUTTO; Sgt. KEITH NEWELL; Officer MIKE BOYD; LAKENDRA JACKSON; SHERI SMITH; MICKEY JOHNSON; JOHN R MOBLEY, II; JAMES PHILLIPS; JUDGE RALPH SIMPSON, | : | |
| Defendants | : | PROCEEDINGS UNDER 42 U.S.C. § 1983 BEFORE THE U.S. MAGISTRATE JUDGE |
| | : | **ORDER TO SUPPLEMENT COMPLAINT** |

Plaintiff **CHRISTOPHER SINTEL KING,** presently incarcerated at the Tift County Law Enforcement Center in Tifton, Georgia, has filed a *pro se* civil rights complaint under 42 U.S.C. §1983. Plaintiff seeks leave to proceed without prepayment of the filing fee or security therefor pursuant to 28 U.S.C. § 1915(a). As it appears plaintiff is unable to pay the cost of commencing this action, his application to proceed *in forma pauperis* is hereby **GRANTED**.

Upon initial review of plaintiff's complaint, the Court finds that additional information is needed before a proper evaluation of his claims and allegations can be made. Specifically, plaintiff needs to answer the following questions:

(1) Who is James Phillips and exactly how did he violate plaintiff's constitutional rights? In responding to this question, plaintiff needs to tell the Court what Mr. Phillips' occupation is and exactly how he is connected with this 42 U.S.C. § 1983 action.

(2) Exactly what allegation(s) is plaintiff making against both Sgt. Keith Newell and Officer Mike

Boyd?  Plaintiff also needs to state how either of these officers were involved with the theft by taking charge that was dismissed on April 14, 2005.

Plaintiff has already filed a complaint and a sixteen (16) page "exhibit" in this case.  Plaintiff is ordered to limit his supplement to just the issues stated above. .

Plaintiff shall have thirty (30) days to submit a supplemental complaint.  If plaintiff fails to respond to this Order in a timely manner, this action shall be dismissed.  There shall be **no service of process** until further order of the Court.

**SO ORDERED**, this 14th day of July, 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

lnb