IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **CHRISTOPHER SINTEL KING,** : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | **CASE NO. 7:06-CV-57 (HL)** |
| : | |
| **Assistant District Attorney KEVIN,** : | |
| **HUTTO, et al,** : | |
| : | |
| Defendants : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc.6) filed July 25, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objections of the plaintiff to the Magistrate Judge's Recommendation (Doc. 11) filed August 16, 2006 have also been read and thoroughly considered and are found to be without merit.

**SO ORDERED,** this the 22nd day of August, 2006.

                                                 s/ Hugh Lawson
                                                 **HUGH LAWSON, Judge**
                                                 **United States District Court**